# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:  SONYA L HODGES                                                          Case No.:  12-11929

                    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Terre M. Vardaman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  05/11/2012.
2)  The plan was confirmed on  07/11/2012.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was completed on  08/24/2015.
6)  Number of months from filing or conversion to last payment:  39.
7)  Number of months case was pending:  41.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  6,450.00.
10)  Amount of unsecured claims discharged without full payment:  34,150.92.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $39,884.00 | |
| Less amount refunded to debtor: | $256.51 | |
| **NET RECEIPTS:** | | $39,627.49 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,774.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,326.01 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,100.01 |

Attorney fees paid and disclosed by debtor:        $1,226.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCED RECOVERY SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| ALLIANCE COLLECTION SERVICE | Unsecured | 155.00 | 155.00 | 155.00 | 1.55 | .00 |
| ALLIANCE COLLECTION SERVICE | Unsecured | NA | 350.90 | 350.90 | 3.51 | .00 |
| ALLIANCE ONE | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE LP FOR | Unsecured | NA | 100.00 | 100.00 | 1.00 | .00 |
| AT&T | Unsecured | NA | NA | NA | .00 | .00 |
| ATMOS ENERGY | Unsecured | 39.00 | NA | NA | .00 | .00 |
| BANCORP SOUTH | Unsecured | 472.50 | NA | NA | .00 | .00 |
| BARNES CROSSING MEDICAL CLINIC | Unsecured | 69.00 | NA | NA | .00 | .00 |
| BASS & ASSOCIATES | Unsecured | NA | 16.33 | 16.33 | .16 | .00 |
| BUSINESS REVENUE SYSTEMS | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,900.00 | NA | NA | .00 | .00 |
| CBNA | Unsecured | 475.00 | NA | NA | .00 | .00 |
| CHECK ADVANCE | Unsecured | 310.00 | NA | NA | .00 | .00 |
| CHECK DEPOT | Unsecured | 6,700.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:  SONYA L HODGES                                                    Case No.:  12-11929

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHECK EXCHANGE-TUPELO | Unsecured | 245.00 | 273.60 | 273.60 | 2.74 | .00 |
| CITIFINANCIAL | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL SERVICING LLC | Secured | 52,313.51 | 51,401.47 | 22,893.00 | 22,893.00 | .00 |
| CITIFINANCIAL SERVICING LLC | Secured | 5,870.00 | 6,329.45 | 6,329.45 | 6,329.45 | .00 |
| DIRECT TV | Unsecured | 310.00 | NA | NA | .00 | .00 |
| DIRECT TV | Unsecured | NA | NA | NA | .00 | .00 |
| ECMC | Unsecured | 14,000.00 | 3,680.85 | 3,680.85 | 36.81 | .00 |
| FRANKLIN COLLECTION | Unsecured | 1,614.18 | 306.20 | 306.20 | 3.06 | .00 |
| FRANKLIN COLLECTION | Unsecured | NA | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION | Unsecured | 32.00 | 40.80 | 40.80 | .41 | .00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| INSOLVE RECOVERY, LLC | Unsecured | 512.00 | 689.05 | 689.05 | 6.89 | .00 |
| J C CHRISTENSEN & ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| J C PENNEY | Unsecured | 620.00 | NA | NA | .00 | .00 |
| LANE BRYANT | Unsecured | 260.00 | NA | NA | .00 | .00 |
| LAW OFFICES OF MITCHELL D BLUHM & | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| MCLAUGHLIN LAW FIRM | Unsecured | 240.00 | 6,647.07 | 6,647.07 | 66.47 | .00 |
| MED 1 ROTECH HEALTHCARE | Unsecured | 374.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 540.00 | 473.35 | 473.35 | 4.73 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |
| MONEY MATTERS | Unsecured | 360.00 | NA | NA | .00 | .00 |
| MONROE COUNTY TAX COLLECTOR | Priority | 1,200.00 | NA | NA | .00 | .00 |
| NATIONAL CREDIT SYSTEMS INC | Unsecured | NA | 880.00 | 880.00 | 8.80 | .00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| NORTHLAND GROUP, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| OAK CREEK APARTMENTS | Unsecured | 880.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 3,771.24 | 3,771.24 | 37.71 | .00 |
| PROFESSIONAL FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 184.62 | 184.62 | 1.85 | .00 |
| QUANTUM3 GROUP, LLC | Unsecured | 1,117.80 | 933.18 | 933.18 | 9.33 | .00 |
| SANTANDER CONSUMER USA | Unsecured | NA | 2,470.04 | 2,470.04 | 24.70 | .00 |
| SOMNUS SLEEP CLINIC | Unsecured | 297.60 | NA | NA | .00 | .00 |
| SPEEDEE CASH | Unsecured | 270.00 | 399.50 | 399.50 | 4.00 | .00 |
| SYNERGETIC COMM | Unsecured | NA | NA | NA | .00 | .00 |
| TEXAS GUARANTEED STUDENT LOAN ( | Unsecured | NA | 10,687.41 | 10,687.41 | 106.87 | .00 |
| TRS RECOVERY SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| TUPELO SERVICE FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| WEST MAIN AUTO SALES | Secured | 5,500.00 | 5,167.14 | 5,167.14 | 5,167.14 | 817.30 |
| WFNN/LANE BRYANT | Unsecured | 1,266.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:  SONYA L HODGES                                          Case No.:  12-11929

|          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ZENITH ACQUISITION CORP | Unsecured | 803.85 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 22,893.00 | 22,893.00 | .00 |
| Mortgage Arrearage: | 6,329.45 | 6,329.45 | .00 |
| Debt Secured by Vehicle: | 5,167.14 | 5,167.14 | 817.30 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 34,389.59 | 34,389.59 | 817.30 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,059.14 | 320.59 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $4,100.01 | |
| Disbursements to Creditors: | $35,527.48 | |
| **TOTAL DISBURSEMENTS:** | | $39,627.49 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/23/2015                    By:  /s/Terre M. Vardaman
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.